UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR INDIVIDUAL RIGHTS,<br><br>           **Plaintiff,**<br><br>           v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>           **Defendant.** | Civil Action No. 07-1125 (JR) |

**DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

The Defendant, United States Department of Justice, by and through its undersigned counsel, hereby respectfully requests an enlargement of time, until and including August 31, 2007, within which to file an answer or other response to the Plaintiff's complaint. The Defendant's answer is presently due on August 1, 2007. Plaintiff's counsel has consented to this motion.

There is good cause for this motion. This is an action brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552. The Plaintiff's complaint was filed on June 22, 2007, and the Defendant's undersigned counsel have not yet received information from representatives of the Defendant regarding the allegations in the complaint. Therefore, additional time is needed to obtain information regarding the allegations and prepare a response to the Plaintiff's complaint.

For the foregoing reasons, the Defendant respectfully requests that this consent motion for an enlargement of time be granted. A proposed order is included with this consent motion.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR INDIVIDUAL RIGHTS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1125 (JR) |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| JUSTICE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

UPON CONSIDERATION OF the Defendant's Consent Motion for An Enlargement of Time to file an answer or other response to the complaint herein and the entire record herein, it is this _____ day of July, 2007,

**ORDERED** that the Defendant's motion is **GRANTED**; and it is

**FURTHER ORDERED** that the Defendants shall have until and including August 31, 2007, to file an answer or other response to the Plaintiff's complaint.

_____
UNITED STATES DISTRICT JUDGE