FILED
JUL 2 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CENTER FOR INDIVIDUAL RIGHTS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 07-1125 (JR) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER

UPON CONSIDERATION OF the Defendant's Consent Motion for An Enlargement of Time to file an answer or other response to the complaint herein and the entire record herein, it is this 23rd day of July, 2007,

**ORDERED** that the Defendant's motion is **GRANTED**; and it is

**FURTHER ORDERED** that the Defendants shall have until and including August 31, 2007, to file an answer or other response to the Plaintiff's complaint.

JAMES ROBERTSON
United States District Judge