UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR INDIVIDUAL RIGHTS,<br><br>        **Plaintiff,**<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>        **Defendant.** | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 07-1125 (JR)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME TO FILE DEFENDANT'S OPPOSITION OR OTHER RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

The Defendant, United States Department of Justice, by and through its undersigned counsel, hereby respectfully requests an enlargement of time, until and including September 7, 2007, within which to file an opposition or other response to the Plaintiff's motion for summary judgment. The Defendant's opposition or other response is presently due on July 31, 2007. This is the first extension of time sought for this purpose and the Plaintiff's counsel has consented to this motion.

There is good cause for this motion. This is an action brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552. The Plaintiff's complaint was filed on June 22, 2007. The Defendant sought an extension of time until August 31, 2007, to respond to the complaint because undersigned counsel was awaiting documents and information regarding the allegations in the complaint. Undersigned counsel will now need to obtain declarations or other supporting documents to prepare an opposition or other response to the Plaintiff's motion for summary judgment. Therefore, additional time is needed to obtain documents and information, and to

prepare an opposition or other response to the Plaintiff's motion for summary judgment.

For the foregoing reasons, the Defendant respectfully requests that this consent motion for an enlargement of time be granted. A proposed order is included with this consent motion.

                                            Respectfully submitted,

                                            /s/
                                            JEFFREY A. TAYLOR, D.C. BAR # 498610
                                            United States Attorney

                                            /s/
                                            RUDOLPH CONTRERAS, D.C. BAR # 434122
                                            Assistant United States Attorney

                                            /s/
                                            JUDITH A. KIDWELL
                                            Assistant United States Attorney
                                            555 Fourth Street, N.W.- Civil Division
                                            Room E4905
                                            Washington, D.C. 20530
                                            (202) 514-7250

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CENTER FOR INDIVIDUAL RIGHTS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 07-1125 (JR) |
| | ) |
| **UNITED STATES DEPARTMENT OF JUSTICE,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

UPON CONSIDERATION OF the Defendant's Consent Motion for An Enlargement of Time to file an opposition or other response to the Plaintiff's motion for summary judgment and the entire record herein, it is this _____ day of July, 2007,

**ORDERED** that the Defendant's motion is **GRANTED**; and it is

**FURTHER ORDERED** that the Defendants shall have until and including September 7, 2007, to file an opposition or other response to the Plaintiff's motion for summary judgment.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE