UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR INDIVIDUAL RIGHTS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-1125 (JR)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

UPON CONSIDERATION OF the Defendant's Consent Motion for An Enlargement of Time to file an opposition or other response to the Plaintiff's motion for summary judgment and the entire record herein, it is this 1st day of ~~July~~ August, 2007,

**ORDERED** that the Defendant's motion is **GRANTED**; and it is

**FURTHER ORDERED** that the Defendants shall have until and including September 7, 2007, to file an opposition or other response to the Plaintiff's motion for summary judgment.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE