UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR INDIVIDUAL RIGHTS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT ) <br>   OF JUSTICE, ) <br> ) <br> Defendant. ) <br> _____) | Civil Action No. 1:07 CV 01125 |

## ANSWER

Defendant, the United States Department of Justice ("DOJ"), hereby answers Plaintiff's Complaint (the "Complaint") as follows:

### FIRST DEFENSE

Defendant reserves the right to amend this Answer to assert any other matter that constitutes an avoidance or affirmative defense under Fed. R. Civ. P. 8(c).

### SECOND DEFENSE

Defendant denies each and every allegation contained in the Complaint except as hereinafter may be expressly admitted.

Defendant responds to the Complaint in like-numbered paragraphs as follows:

1-3.  Admit.

4.  Defendant lacks sufficient information to form a belief as to the truth or falsity of the averments of Paragraph 4 and demands strict proof.

5.  Admit.

6. Defendant admits that the Civil Rights Division, FOI/PA Branch, received a letter from the Center for Individual Rights ("Plaintiff") representative, Michael Rosman, Esq., on July 6, 2006, seeking access to: (1) "Drafts of any memorandum of law filed in <u>United States v. District of Columbia, et. al</u>, District of the District of Columbia Civ. No. 04-00619 (JR) that were shown to any representative or attorney for Father Flanagan's Boys Home ("Boys Home") and/or attorney for plaintiff in <u>Father Flanagan's Boys Home v. District of Colombia</u>, *et al.*, D.D.C. NO. 01-1732 (JR) (the "Boy's Home Litigation"); and (2) Any documents constituting or reflecting communications to any representative or attorney for Boys Home and/or attorneys for plaintiff in the Boys Home litigation concerning either of the litigations identified in the previous paragraph." Plaintiff's FOIA request, dated July 6, 2006, was assigned FOI/PA Request No. 2006-0424 and Defendant refers to the Court to this letter for a complete and accurate statement of its contents.

7. Defendant admits that the Civil Rights Division, FOI/PA Branch, responded to Plaintiff in a letter dated July 31, 2006, and refers the Court to the letter itself for a complete and accurate statement of its contents.

8. Defendant admits that Plaintiff filed an administrative appeal to the Office of Information and Privacy (OIP) on August 21, 2006, which was received by that office on August 26, 2006, and refers the Court to the letter itself for a complete and accurate statement of its contents.

9. Defendant admits that as of August 1, 2007, Plaintiff's administrative appeal is still under review by OIP and has not been adjudicated.

10. Defendant realleges and incorporates by reference, as if set forth fully herein,

Paragraphs 1 - 9 above.

      11.    Denied.

      12.    Defendant acknowledges the statutory provision cited, and refers the Court to the statute itself for the best evidence of its contents.  Defendant admits that as of August 1, 2007, Plaintiff's administrative appeal is still under review by OIP and has not been adjudicated.

      13.    Admit.

The remainder of Plaintiff's Complaint contains its prayer for relief to which no response is required; to the extent a response may be deemed required, the averments are denied. Defendant further denies that Plaintiff is entitled to the relief sought in the Complaint, or to any relief whatsoever.  Defendant denies each and every allegation made in the Complaint not expressly admitted herein.

WHEREFORE, having fully answered Plaintiff's complaint, Defendant prays for judgment dismissing the complaint with prejudice and for such further relief as the Court may deem just.

Respectfully submitted,

\_\_\_/s/_____
JEFFREY A. TAYLOR
D.C. Bar No. 498610
United States Attorney

\_\_\_/s/_____
RUDOLPH CONTRERAS
D.C. Bar No. 434122
Assistant United States Attorney

\_\_\_/s/_____
CHARLOTTE A. ABEL
D.C. Bar No. 388582
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 307-2332