UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR INDIVIDUAL RIGHTS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:07 CV 01125 |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

CONSENT MOTION TO EXTEND TIME

Federal Defendant moves, pursuant to Fed. R.Civ. P. 6(b)(1), for an enlargement of time in which to respond to plaintiff's motion for summary judgment filed on July 20, 2007. Defendant's response is due on September 7, 2007 pursuant to court order of August 1, 2007. Federal Defendant seeks additional time to oppose the motion because undersigned counsel was recently assigned to this case and she had pre-existing commitments during the week leading up to the filing deadline of September 7, 2007, including several filings, meetings and a court hearing. At this time, defense counsel has not completed drafting the opposition to plaintiff's motion. Plaintiff counsel consented to this motion via telephone on September 7, 2007.

Accordingly, federal defendants move for an enlargement of time up to and including September 21, 2007, to respond to plaintiff's motion for summary judgment.

Respectfully submitted,

____/s/_____
JEFFREY A. TAYLOR
D.C. Bar #498610
United States Attorney


____/s/_____
CHARLOTTE A. ABEL
D.C. Bar #388582
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530