UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR INDIVIDUAL RIGHTS,<br><br>    Plaintiff,<br><br>        v.<br><br>UNITED STATES DEPARTMENT<br>  OF JUSTICE,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:07 CV 01125<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CONSENT MOTION TO FURTHER EXTEND TIME

    Federal Defendant moves, pursuant to Fed. R.Civ. P. 6(b)(1), for an enlargement of time in which to respond to plaintiff's motion for summary judgment filed on July 20, 2007. Defendant's response is due on September 21, 2007 pursuant to court order of September 10, 2007. Federal Defendant seeks additional time to oppose the motion because, despite due diligence, defendant was unable to complete the opposition as anticipated by the due date. Plaintiff counsel consented to this motion via telephone on September 21, 2007.

    Accordingly, federal defendants move for an enlargement of time up to and including October 12, 2007, to respond to plaintiff's motion for summary judgment.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR
D.C. Bar #498610
United States Attorney

/s/
CHARLOTTE A. ABEL
D.C. Bar #388582
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530