UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR INDIVIDUAL RIGHTS, )<br>            )<br>    Plaintiff, )<br>            )<br>    v. )<br>            )<br>UNITED STATES DEPARTMENT )<br>  OF JUSTICE, )<br>            )<br>    Defendant. )<br>_____ ) | Civil Action No. 1:07 CV 01125 (JR) |

CONSENT MOTION TO EXTEND TIME
TO FILE REPLY

Federal Defendant moves, pursuant to Fed. R.Civ. P. 6(b)(1), for an enlargement of time in which to file a reply to plaintiff's opposition to defendant's motion for summary judgment. Defendant's reply is due on November 5, 2007. Federal Defendant seeks additional time to respond because due to trial preparation in *Settles v. U.S.*, 05-1361, undersigned counsel was unavailable to confer with her client with regard to the response. In addition, defense counsel anticipates that she will be unable to complete the response in the next two weeks due to a summary motion judgment deadline of November 16, 2007, in *Evans v. Chao*, CA 04-849, a Title VII case. Defense counsel seeks additional time until November 21, 2007, in order to file a reply in the instant case. Defense counsel sought consent to this motion via e-mail and telephone on November 5, 2007. Plaintiff's counsel consents to the motion.

Accordingly, federal defendants move for an enlargement of time up to and including November 21, 2007, to reply to plaintiff's opposition to defendant's motion for summary judgment.

Respectfully submitted,

   /s/
JEFFREY A. TAYLOR
D.C. Bar #498610
United States Attorney



   /s/
RUDOLPH CONTRERAS
D.C. Bar No. 434122
Assistant United States Attorney


   /s/
CHARLOTTE A. ABEL
D.C. Bar #388582
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530