UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTER FOR INDIVIDUAL RIGHTS,  :
:
    Plaintiff,           :
:
  v.                             : Civil Action No. 07-1125 (JR)
:
U.S. DEPARTMENT OF JUSTICE,    :
:
    Defendant.           :

### ORDER

Upon consideration of the plaintiff's motion for summary judgment [Dkt. # 5], and the defendant DOJ's cross-motion for summary judgment [Dkt. # 12], for the reasons stated in the accompanying Memorandum, it is

**ORDERED** that DOJ's motion for summary judgment [Dkt. # 12] is **DENIED without prejudice** as to its renewal as to the DOJ's assertion of FOIA Exemptions 5 and 7(C), and **GRANTED** as to all documents covered by Exemption 7(A); it is further

**ORDERED** that the DOJ submit to this Court, within thirty (30) days, additional information supporting its assertion of FOIA Exemptions 5 and 7(C). In the alternative, the DOJ will have to release all documents not properly withheld pursuant to Exemption 7(A) to the plaintiff. It is further

**ORDERED** that the plaintiff's motion for summary judgment [Dkt. # 5] is **DENIED**.

```
                              JAMES ROBERTSON
                         United States District Judge
```