UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR INDIVIDUAL RIGHTS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT )<br>  OF JUSTICE, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 1:07 CV 01125 (JR) |

CONSENT MOTION TO EXTEND TIME
TO COMPLY WITH ORDER

Federal Defendant moves, pursuant to Fed. R.Civ. P. 6(b)(1), for an enlargement of time in which to supply supplemental information supporting its assertion of FOIA Exemptions 5 and 7(C).

On February 15, 2008, this Court entered an order granting in part and denying in part defendant's motion for summary judgment. The Court ordered the defendant to submit to the Court, within 30 days, additional information supporting its assertion of FOIA Exemptions 5 and 7(C). Defendant's response is due no later than March 17, 2008. Federal Defendant seeks additional time to respond because, due to trial preparation in *Settles v. U.S.*, 05-1361, undersigned counsel was unavailable to confer with her client with regard to the response. Defense counsel seeks additional time until March 26, 2008, in order to comply with the court order dated February 15, 2008, to supply additional information supporting its assertion of FOIA Exemptions 5 and 7(C). Defense counsel sought and received consent to this motion via telephone on March 17, 2008.

Accordingly, federal defendant moves for an enlargement of time up to and including March 26, 2008, to supply additional information supporting its assertion of FOIA Exemptions 5 and 7(C).

Respectfully submitted,

  /s/
JEFFREY A. TAYLOR
D.C. Bar #498610
United States Attorney


  /s/
CHARLOTTE A. ABEL
D.C. Bar #388582
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530