UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR INDIVIDUAL RIGHTS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT )<br>  OF JUSTICE, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 1:07 CV 01125 |

NOTICE OF FILING

Federal Defendant submits the attached supplemental declaration of Nelson D. Hermilla, and Exhibit A, in compliance with the court order dated February 15, 2008, and minute order dated March 19, 2008, granting an extension of time.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR
D.C. Bar #498610
United States Attorney


/s/
CHARLOTTE A. ABEL
D.C. Bar #388582
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR INDIVIDUAL RIGHTS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:07-CV-01125 |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## SUPPLEMENTAL DECLARATION OF NELSON D. HERMILLA

I, Nelson D. Hermilla, declare the following to be true and correct:

1. I am the Chief of the Freedom of Information/Privacy Acts ("FOI/PA") Branch of the Civil Rights Division of the U.S. Department of Justice ("DOJ") in Washington, D.C. My duties include supervision of the FOI/PA Branch of the Civil Rights Division. The FOI/PA Branch is responsible for processing all records access requests made to the Division pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. §552, and the Privacy Act ("PA"), 5 U.S.C. §552a.

2. This supplemental declaration incorporates by reference my declaration dated September 7, 2007 except for the modifications as set out below.

3. The statements made in this declaration are based on knowledge acquired through the performance of my official duties.

4. In accordance with the February 15, 2008 court order stating that the "DOJ submit to this Court, . . . within thirty (30) days, additional information supporting its assertion of FOIA Exemptions 5 and 7C. In the alternative, the DOJ will have to release all documents not properly

withheld pursuant to Exemption 7(A) to the plaintiff," the Civil Rights Division FOI/PA staff has reviewed the materials responsive to the plaintiff's FOIA request and released all documents to the plaintiff not properly withheld pursuant to Exemption 7(A) except as detailed below. A copy of the Division's March 21, 2008, supplemental response to the plaintiff is attached as Exhibit A. To the extent that 5 U.S.C. § 552 (b)(5) might be applied to the documents released to plaintiff in the March 21, 2008 response, as attorney work product or predecisional deliberative material, the Civil Rights Division is waiving the exemption as a discretionary disclosure.

5. I have determined that each document that the Division continues to withhold is exempt under 5 U.S.C. § 552(b)(7)(A) since disclosure could reasonably be expected to interfere with ongoing law enforcement proceedings except as detailed below. Release of information about this open and ongoing law enforcement proceeding could reasonably be expected to cause harm to vital governmental interests as is more fully set forth in the September 7, 2007, Declaration.

6. Portions of the eight pages of documents released in the Division's March 21, 2008, supplemental response, are being withheld under 5 U.S.C. § 552 (b)(7)(C) since disclosure of the records could reasonably be expected to constitute an unwarranted invasion of personal privacy. The substance of the eight pages has been disclosed to the plaintiff, but portions of the documents that the Division has determined should be redacted consist of:

> (1) a one page letter dated May 15, 2006, from Jennifer Cass to Mr. Denzil Noble and the redacted portion is Mr. Noble's home address; and
>
> (2) seven pages of emails dated March 9, 2006, March 27, 2006, May 2, 2006,

June 23, 2006, July 5, 2006, and July 10, 2006, redacting names, home addresses, and personal telephone numbers.

I declare under penalty of perjury that the foregoing is true and correct.

*[signature]*
Nelson D. Hermilla, Chief
FOI/PA Branch
Civil Rights Division
U.S. Department of Justice
Washington, D.C. 20530

Executed on March 26, 2008