UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR INDIVIDUAL RIGHTS,   )<br>  )<br>  Plaintiff,   )<br>  )<br>  v.   )<br>  )<br>  UNITED STATES DEPARTMENT   )<br>    OF JUSTICE,   )<br>  )<br>  Defendant.   )<br>_____ ) | Civil Action No. 1:07 CV 01125 |

NOTICE OF FILING

Federal Defendant submits the attached Exhibit A which was inadvertently omitted as an attachment to the supplemental declaration of Nelson D. Hermilla.

Respectfully submitted,

   /s/
JEFFREY A. TAYLOR
D.C. Bar #498610
United States Attorney


   /s/
CHARLOTTE A. ABEL
D.C. Bar #388582
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530



U.S. Department of Justice

Civil Rights Division

---

NDH:TDC  
2006-0424(4-338)  
DJ# 175-16-102

Freedom of Information/Privacy Acts  
Branch - NALC  
950 Pennsylvania Avenue, N.W.  
Washington, DC 20530

Michael E. Rosman, Esq.  
Center for Individual Rights  
1233 20th Street, N.W.  
Suite 300  
Washington, D.C. 20036

MAR 2 1 2008

Dear Mr. Rosman:

    This is a supplemental response to your Freedom of Information Act request regarding documents pertaining to the Father Flanagan's Boys Home and seeking access to: (1) "Drafts of any memorandum of law filed in United States v. District of Columbia, et. al, District of the District of Columbia Civ. No. 04-00619 (JR) that were shown to any representative or attorney for Father Flanagan's Boys Home ("Boys Home") and/or attorney for plaintiff in Father Flanagan's Boys Home v. District of Colombia, et al., D.D.C. NO. 01-1732 (JR) (the "Boy's Home Litigation"); and (2) Any documents constituting or reflecting communications to any representative or attorney for Boys Home and/or attorneys for plaintiff in the Boys Home litigation concerning either of the litigations identified in the previous paragraph."

    The Civil Rights Division is providing you the enclosed 485 pages in their entirety as a discretionary disclosure of records that are otherwise exempt pursuant to 5 U.S.C. § 552 (b)(5) as records consisting of attorney work product and predecisional deliberative material. On further review, I have determined that these copies may be released because disclosure of these documents will not, at this time, interfere with ongoing law enforcement proceedings. Also, I have determined that 8 pages may be released to you subject to the excision of the names and identifying information of private individuals, pursuant to 5 U.S.C. §552(b)(7)(C), since disclosure thereof could reasonably be expected to constitute an unwarranted invasion of personal privacy.

    In accordance with 28 C.F.R. § 16.11, we have assessed the duplication costs at the rate of $0.10 per page with the first 100 pages free. Of the initial 147 pages provided to you, the first 100 pages are free. For the additional materials, the estimated total for duplication costs for the 47 pages previously provided and the 493 pages totals $54.00. [$0.10 per page X 540 pages = $54.00 (485 + 8 + 47 = 540).] Further, please note that some documents and letters refer to attachments that were not located in the search since the attachments were missing from original file copies of the documents.

-2-

Should you wish to appeal my decision with respect to your request, you may do so by writing, within sixty days, to: Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Avenue, Suite 11050, N.W., Washington, D.C. 20530. The envelope should be marked "FOI/PA Appeal." Following review by the Department, judicial review of the decision of the Attorney General is available in the United States District Court in the judicial district in which you reside, in which you have your principal place of business, or in the District of Columbia.

I hope the Civil Rights Division has been of some assistance to you in this matter.

Sincerely,

Nelson D. Hermilla, Chief
Freedom of Information/Privacy Acts Branch
Civil Rights Division

Enclosures